UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF DEL NORTE, et al., <br>     Plaintiffs, <br>     v. <br> CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al., <br>     Defendants. | Case No. 3:18-cv-00129-JD <br><br> **JUDGMENT** |

Pursuant to the summary judgment order, Dkt. No. 125, and Federal Rule of Civil Procedure 58, judgment is entered for defendants and against plaintiffs.

**IT IS SO ORDERED.**

Dated: March 13, 2023

_____
JAMES DONATO
United States District Judge